UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 1 8 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:18CR622 SNLJ/NCC |
| TRA'MAYNE STREET, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 4, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**TRA'MAYNE STREET,**

the Defendant herein, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2016 Nissan Sentra, vehicle identification number ("VIN") 3N1AB7AP3GY279126, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Section 2119, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about May 4, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**TRA'MAYNE STREET,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence which may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count One.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney